

Littler Mendelson, PC
900 Third Avenue
New York, NY 10022.3298

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 8/27/2018

August 24, 2018

**VIA ECF**

Hon. Vernon S. Broderick
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: Dhaliwal v. Mallinckrodt plc et al. Case No. 1:18-cv-03146-VSB

Dear Judge Broderick:

We represent Defendants in this action. Pursuant to the Court's Order dated August 17, 2018 (Dkt. No. 32), we write on behalf of all parties to advise the Court of the parties' proposed briefing schedule with regard to Defendants' motion to compel arbitration. Plaintiff has retained new counsel, Peter Katz of Calcagni & Kanefsky LLP, who has indicated that he will file a Notice of Appearance via ECF today. We have agreed with Mr. Katz to the following briefing schedule:

- Plaintiff's opposition to Defendant's motion to compel arbitration to be filed on September 28, 2018.

- Defendants' reply brief will be filed on October 12, 2018.

We appreciate the Court's attention to this matter.

Respectfully submitted,

*/s/ Devjani H. Mishra*

cc: All Counsel of record (by ECF)
Peter Katz, Counsel for Plaintiff (by email)

**SO ORDERED:**

_____
Judge Vernon S. Broderick

littler.com